# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2017

155325 & (55)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SEBASTIAN KUHLGERT, Conservator of
ELISABETH OSTENDORF,
          Plaintiff-Appellee,

v

MICHIGAN STATE UNIVERSITY and BOARD
OF TRUSTEES OF MICHIGAN STATE
UNIVERSITY,
          Defendants,

and

UNITED EDUCATORS,
          Intervening Defendant-Appellant.

SC: 155325
COA: 332442
Court of Claims: 15-000047-MZ

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 14, 2017 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we ORDER that trial court proceedings are stayed pending the completion of this appeal by the Court of Appeals. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2017



Clerk

t0228